381 PARK AVENUE CORPORATION, Respondent, *v.* HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.

(Argued October 4, 1928; decided October 23, 1928.)

*Robert H. Charlton* and *John T. Loughran* for appellant.
*Herbert R. Limburg* and *Joseph L. Weiner* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.